AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

FILED
JUL 2 8 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

GERARDO VALTIERRA
*Petitioner*

v.                    Case No. P20CV 055
                      *(Supplied by Clerk of Court)*

L. CANALES (ASSISTANT WARDEN) et al.
*Respondent*
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: GERARDO VALTIERRA
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: REEVES COUNTY DETENTION CENTER III
   (b) Address: P.O. Box 2038 and/or 100 West County Rd. 204, PECOS, TEXAS 79772
   (c) Your identification number: 18810-424: USMN
3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN, 120 NORTH HENRY STREET, Madison, WI 53073
      (b) Docket number of criminal case: 06-CR-126-C-01
      (c) Date of sentencing: 2-16-2007
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other *(explain)*:   First Step Act., (FSA) to be fully applied.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:   Federal Bureau of Prisons Office of the General Counsel, 320 First Sreet NW, Washington, D.C., 20534 and RCDC III P.O. Box 2038, Pecos, TX 79772.
   (b) Docket number, case number, or opinion number:
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

   (d) Date of the decision or action:

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes          ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Reeves County Detention Center 3, P.O. Box 2038 and/or 100 West County Rd. 204, PECOS, TEXAS 79772
       (2) Date of filing:   March 6, 2020 Informal Resolution and Grievance on March 16, 2020
       (3) Docket number, case number, or opinion number:   RVS-20-15
       (4) Result:   Ineligible/Denied
       (5) Date of result:   March 11, 2020 and March 19, 2020
       (6) Issues raised:   Inmate Valtierra, was/is eligible for the First Step Act and what had changed and why, according to Inmate Profile Page., Inmate Valtierra, was found eligible on 1-14-2020 at 1528 (3:28) hours to the First Step Act.

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes          ☐ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: Administrator PRIVATIZATION Managment Brach (PMB) 320 First Street NW, Washington, D.C., 20534

    (2) Date of filing: March 30th, 2020

    (3) Docket number, case number, or opinion number: N/A

    (4) Result: Unanswered, Ignored therefore Denied.

    (5) Date of result: N/A

    (6) Issues raised: Requesting an update regarding: First Step Act., (FSA) Sections 401 Mandatory Minimum and Sec. 402 Safety Valve, for non-violent drug offenders, since Inmate Valtierras', evaluation for the F.S.A., started on or about 10/6/2019, and concluded on January 14, 2020 at 3:28pm, and therefore was found eligible to the F.S.A., according to "INMATE PROFILE Page"., wanted an update regarding Inmate Valtierras', eligibility.

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☒ Yes  ☐ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: National Inmate Appeals Administrators, office of the General Counsel Federal Bureau of Prisons, 320 First Street NW., Washington, D.C., 20534

    (2) Date of filing: June 4th, 2020

    (3) Docket number, case number, or opinion number: N/A

    (4) Result: Unanswered, Ignored therefore Denied.

    (5) Date of result: N/A

    (6) Issues raised: Inmate Valtierra, respectfully requested that the First Step Act., (FSA) be applied to said Inmate since it's been over a year that it was past and signed into law and prays fir the Right thing to be done and be Released from Custodial legis Immediately or written clarification and or a response to this issue.

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes  ☒ No    NOT APPLICABLE

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes  ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes    ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**    N/A

Does this case concern immigration proceedings?

☐ Yes    ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
  ☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes        ☐ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes        ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** As per the evaluation the Federal Bureau of Prisons did under the First Step Act., (FSA) Inmate Valtierra, is eligible and is entitled to have his sentence reduced: Under the sections 401, 402 and or anything that's applicable under the FSA.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I made the effort to resolve the issue with the Assistant Warden (since at the time there was no Warden at RCDC III., Pecos, TX 79772.), using the proper channels BP-8: AKA Informal Resolution and BP-9: AKA Inmate Grievance, both were denied BP-8: AKA Informal, by Acting Grievance Coordinator C. Martin, and BP-9: AKA Inmate Greivance by Acting facility Administrator L. Canales.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND TWO:** I also Appealed to the Privatization Management Branch (PMB) at 320 First Street NW., Washington, D.C., 20534. "Please see copies of documents attached hereto"., as Exhibits A and B.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I made all efforts to resolve the issue with the Assistant Warden/Administrator (since at the time there was no Warden at RCDC III., Pecos TX 79772.), using all the proper channels BP-8, BP-9 and BP-10., the BP-8 and BP-9 were denied and so was the BP-10.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND THREE:** I too Appealed to the National Inmate Appeal Administrator's Office of the General Counsel Federal Bureau of Prisons, at 320 First Street NW, Washington, D.C., 20534. "Please see copies of attached documents hereto"., as Exhibits A and B.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I made all efforts available to resolve the issue with the Assistant Warden/Administrator using all proper channels and also with the Privatization Management Branch (PMB) through BP-8: AKA Informal Resolution, BP-9: AKA Inmate Grievance, BP-10 Regional Administrative Remedy Appeal and BP-11 Central Office Administrative Remedy Appeal, the BP-8 and BP-9 were denied and the BP-10 and BP-11 were both Unanswered, Ignored therefore denied.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

GROUND FOUR:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: I pray that the Court will Compassionately Apply the First step Act (FSA), Under sections 401 Mandatory Minimum, 402 Safety Valve, for non-violent drug offenders and everything else that's applicable: Under the FSA., Since it's been over a year that it was past and signed into law.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: July 24th, 2020

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: July 24th, 2020

GERARDO VALTIERRA   UCC 1-308
*Signature of Petitioner*

"Without Prejudice/Recourse"

By: Gerardo Valtierra, Agent
*Signature of Attorney or other authorized person, if any*

TABLE OF CONTENTS

1). PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241;

Exhibits: Start from end to beginning

Exhibit A: Verification of Mailing: Copy of front of envelope going to: National Inmate Appeal Administrator Office of the General Counsel Federal Bureau of Prisons;

1) Copy of Certified Mail Receipt: Stamped June 01 2020, PECOS POST OFFICE 79772-9998, Certified Mail No. 7019 0160 0000 4762 8715 and Return Receipt: Stamped Received June 04 2020, Administrative Remedy-Section Federal Bureau of Prisons;

2) Copy of cover letter with Verification and Certificate of Service;

3) Copy of Central Office Administrative Remedy Appeal;

4) Verification of Mailing: Copy of front of envelope going to: Administrator PRIVATIZATION Management Branch (PMB);

5) Copy of Certified Mail Receipt: Stamped March 26 2020, PECOS POST OFFICE 79772-9998, Certified Mail No. 7017 1450 0001 3558 0900 and copy of Return Receipt: Received by C. Tapp Agent on 3/30/20;

6) Cover letter with Verification and Certificate of Service;

7) Copy of Regional Administrative Appeal;

8) Copy of: Response Dated: March 19 2020, To: Valtierra, Gerardo #18810-424, From: L. Canales, Assistant Facility Administrator, RE: RVS-20-15;

9) Copy of: Inmate Grievance Form 1: [AKA BP-9];

10) Copy of: Inmate Profile dated 1-31-2020;

11) Copy of: Informal Resolution Response to: Valtierra, Gerardo BOP# 18810-424 [From] Acting Grievance Coordinator C. Martin, Dated 3/11/2020;

12) INMATE INFORMAL RESOLUTION FORM: Dated March 6th, 2020, [AKA BP-8].

Exhibit B: Verification of Mailing: Copy of front of envelope going to: National Inmate Appeal Administrator Office of the General Counsel Federal Bureau of Prisons;

1) Copy of Certified Mail Receipt: Stamped June 29 2020, PECOS POST OFFICE 79772-9998, Certified Mail No. 7017 1450 0001 3558 1341 and copies of an Inmate Request to Staff Dated July 17th, 2020, with a copy verifying Delivery: July 6th, 2020, at 7am;

2) Copy of cover letter with Verification and Certificate of Service;

3) Copy of Central Office Administrative Remedy Appeal;

4) Copy of: Inmate Request to Staff;

5) Verification of Mailing: Copy of front of envelope to: Administrator PRIVATIZATION Management Branch (PMB);

6) Copy of Certified Mail Receipt: Stamped May 05 2020, PECOS POST OFFICE 79772-9998, Certified Mail No. 7017 1450 0001 3558 0917 and copy of Return Receipt: Received by Drenna Hill, Agent on 5/11/20;

7) Copy of cover letter with Verification page 1 and page 2 Certificate of Service;

Page 1 of 2

8) Copy of Regional Administrative Remedy Appeal page 1 of 2 and Continuation page 2 of 2;

9) Copy of: Response Dated: March 19, 2020, to: Valtierra, Gerardo #18810-424, From: L. Canales, Assistant Facility Administrator, RE: RVS-20-18 Inmate Grievance;

10) Copy of: Inmate Grievance Form 1 page 1 of 2 [AKA BP-9] and Continuation page (IHP) page 2 of 2;

11) Copies of INMATE PROFILE, One (1) dated 1-10-2019, Two (2) 10-10-2019 and Three (3) 1-31-2020;

12) Copy of: Informal Resolution Response to: Valtierra, Gerardo # 18810-424, From L. Canales, Assistant Facility Administrator Dated: March 31 2020;

13) Copy of: Informal Resolution Form Dated: March 24th, 2020, [AKA BP-8] page 1 of 2 and Continuation page 2 of 2;

14) Copy of: E-Mail Between Unit Manager Louie Rivera From Beaumont Texas Low BOP and "Rivera Shelly (EOIR)" Dated: 1/18/2018;

15) Copy of: Detainer Action Letter: Dated 7-22-2018;

16) Copy of: Immigration Detainer-Notice of Action Dated: June 21, 2007;

17) Copy of: Individualized Reentry Plan-Program Review Team Date: 01-16-2019,: Three (3) Pages: Under Detainers:   Detaining Agency   Remarks DEPORTATION INVESTIGATION: A090904945   null ;

18) Copy of: INMATE REQUEST TO STAFF Dated: July 17th, 2020, Verifying that there was no answer/response from the: PRIVATIZATION Management Branch (PMB): From March 2020, till date 7/20/20, and also no answer/response from the: National Inmate Appeal Administrator  Office of the General Counsel   Federal Bureau of Prisons: Both located at: 320 First Street NW, Washington, D.C., 20534.